IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 21-CR-2074 |
| vs. | ) | |
| BILLIE JOE WICKHAM, also known as "Bill," and CHARLIE LYNCH, also known as "Charles Lynch," | ) | |
| Defendants. | ) | |

## ORDER SEALING CASE

For cause, it is

ORDERED

That the case for this matter is sealed until the appearance of the second defendant.

Dated this 2nd day of March, 2022.

MARK A. ROBERTS
United States Magistrate Judge
Northern District of Iowa