# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

RECEIVED
MAR -3 AM 9:18
N/IA
CEDAR RAPIDS

| | |
|---|---|
| United States of America<br>v.<br>CHARLIE LYNCH, also known as "Charles Lynch"<br>_____<br>*Defendant* | )<br>)<br>) Case No. 21-CR-2074<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHARLIE LYNCH, also known as "Charles Lynch"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail and Wire Fraud in violation of Title 18, United States Code, Section 1349;
Conspiracy to Defraud the United States in violation of Title 18, United States Code, Section 371.

Date: March 2, 2022

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

MARK A. ROBERTS, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/3/22, and the person was arrested on *(date)* 3/4/22
at *(city and state)* Waucoma, IA.

Date: 3/4/22

*Arresting officer's signature*

Coker Hardin, Special Agent
*Printed name and title*