# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. CHARLIE LYNCH, Defendant(s) | **HEARING MINUTES** Sealed: No <br> Case No.: 6:21-cr-2074-CJW-MAR-3 <br> Presiding Judge: Mark A. Roberts, Magistrate <br> Deputy Clerk: Paul Coberly <br> Official Court Record: FTR Gold  Contract? -- <br> Contact Information: -- |

| Date: | 3/4/2022 | Start: | 11:59 AM | Adjourn: | 12:14 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Timothy L. Vavricek | | | | | | | |
| | Defendant(s): | Holly M. Logan via telephone (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Amy Moser and Michael Mims | | | | | | | |
| | Interpreter: | -- | | Language: | -- | | Certified: | -- | Phone: -- |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE: X AND/OR ARRAIGNMENT: X

| | | | |
|---|---|---|---|
| | | Contested? No | Continued from a previous date? No |
| Date of indictment: | 3/2/2022 (superseding) | | |
| Was defendant *Mirandized*? | Yes | | |
| Defendant pleaded | not guilty to counts 7 and 8 of the superseding indictment | | |
| Counsel: X Retained | Appointed (FPD or CJA Panel): | | |
| Stipulation to discovery plan? | Yes | Did defendant provide financial affidavit? | -- |
| Did the government move for detention? | No | Was the defendant detained? | No |
| Detention hearing: | -- | | |
| Trial date: | CJW 5/2/2022 | | |
| **Witness/Exhibit List is** | -- | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| | |
|---|---|
| **Miscellaneous:** | Defendant states his full name as Charles Francis Lynch. <br><br> Defendant waives reading of the superseding indictment. <br><br> Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court. <br><br> Defendant released under the terms/conditions of the Court's release order. |