IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) 21-CR-2074
)
CHARLIE LYNCH, )
)
Defendant. )

APPEARANCES:

ATTORNEY TIMOTHY LAWRENCE VAVRICEK, U.S. Attorney's Office, 111 Seventh Avenue S.E., Box 1, Cedar Rapids, Iowa 52401, appeared on behalf of the United States.

ATTORNEYS MICHELLE NASSER AND GABRIEL E. GORE, Dowd Bennett LLP, 7676 Forsyth Boulevard, Suite 1900, St. Louis, Missouri 63105, appeared on behalf of the Defendant.

SENTENCING HEARING,

HELD BEFORE THE HON. C.J. WILLIAMS,

on the 13th day of January, 2023, at 111 Seventh Avenue S.E., Cedar Rapids, Iowa, commencing at 12:55 p.m., and reported by Patrice A. Murray, Certified Shorthand Reporter, using machine shorthand.

Transcript Ordered: 1/26/23
Transcript Completed: 1/31/23

Patrice A. Murray, CSR, RMR, FCRR
Court Reporter
PO Box 10541
Cedar Rapids, Iowa 52410
PAMurrayReporting@gmail.com

***Contact Patrice Murray at PAMurrayReporting@gmail.com for a complete copy of the transcript.***

**INDEX**


| EXHIBITS | PAGE |
|---|---|
| Exhibits A through D | 7 |


*****

(The following proceedings were held in open court.)

THE COURT: The matter now before the Court is the United States of America versus Charlie Lynch, case number 21-CR-2074. This matter comes on for a sentencing hearing. The United States is represented by Assistant United States Attorney Tim Vavricek. The defendant is personally present and represented by defense attorneys Michelle Nasser and -- is it Gabriel Gore?

MR. GORE: Yes, Your Honor.

THE COURT: Very good. Participating by telephone is United States Probation Officer Nathan VanderMolen. He is the author of the presentence investigation report filed at document number 155 in the court's file.

On July 25, 2022, the defendant pled guilty to one count of an eight-count superseding indictment. He pled guilty to Count 8, which charged him with conspiring to defraud the United States in violation of Title 18 United States Code Section 371.

By statute, that crime is punishable by up to 5 years in prison without the possibility of parole. After the defendant has served his prison sentence, the Court can place him on a term of supervised release for up to 3 years. Probation is an option. And were the Court to impose probation, it would be for a term of 1 to

5 years. The Court can impose a fine of up to $250,000. And the Court must impose a mandatory special assessment of $100.

Mr. Vavricek, before we go any further, I understand the government is not seeking detention -- or a sentence of imprisonment here; is that correct?

MR. VAVRICEK: That is correct, Your Honor.

THE COURT: All right. So, deputy, I'm not going to need your services in this hearing. Thank you.

DEPUTY MARSHAL: Thank you, Your Honor.

THE COURT: Mr. Vavricek, on behalf of the United States, have you had a full and fair opportunity to review this presentence report?

MR. VAVRICEK: Yes, Your Honor.

THE COURT: And does the government have any objections to the calculation of the advisory guidelines or anything else in this report?

MR. VAVRICEK: No, Your Honor.

THE COURT: All right. Thank you.

Ms. Nasser, are you going to be speaking here today?

MS. NASSER: Yes, Your Honor.

THE COURT: All right. Very good. On behalf of Mr. Lynch, have you and your client had a full and fair opportunity to review this report?

MS. NASSER: Yes, we have, Your Honor.

THE COURT: Does Mr. Lynch have any objections to the calculation of the advisory guidelines or anything else in this report?

MS. NASSER: He does not, Your Honor.

THE COURT: All right. Very good. All right. Mr. -- or could you make a brief record, Ms. Nasser, of how you went through this report with your client?

MS. NASSER: Yes, Your Honor. Mr. Lynch and I and Mr. Gore went through the presentence investigation report paragraph by paragraph. We discussed some of the clarifications that we made, in conjunction with the government and the probation office. And Mr. Lynch asked us all the questions that he had.

THE COURT: All right. Very good.

Mr. Lynch, did you have an opportunity to go through this report on your own then, sir?

THE DEFENDANT: Yes, I did.

THE COURT: And do you -- do you feel you've had sufficient time to discuss this report with your attorneys?

THE DEFENDANT: Yes, I have.

THE COURT: Have they been able to answer any questions you've had about this report?

THE DEFENDANT: Yes, they have.

THE COURT: Do you have any questions today

about this presentence report?

THE DEFENDANT: No, I do not.

THE COURT: All right. Let's turn then first to the calculation of the advisory guidelines as determined by the probation office. That calculation begins on page 13. At paragraph 43, the probation office assessed the defendant with a base offense level of 12. This is under guideline section 2C1.1(a)(2). The defendant has pled guilty to this offense, and so the probation office has awarded him with a 2-level reduction for acceptance of responsibility under guideline section 3E1.1(a). That leaves us with a total offense level of 10.

The defendant has one prior conviction, but it did not score any criminal history points, so he remains in criminal history category I. So with a total offense level of 10, criminal history category I, the advisory guideline range of imprisonment is 6 to 12 months, and the advisory guideline range of fine is 4,000 to $40,000.

In preparation for today's hearing, I have reviewed in detail, of course, this presentence investigation report. I've also reviewed at document number 164 defendant's position paper regarding sentencing, along with Exhibits A through D.

Mr. Vavricek, have I identified all the relevant

pleadings, documents, and exhibits pertinent to today's hearing?

MR. VAVRICEK: Yes, Your Honor.

THE COURT: And, Ms. Nasser, do you agree?

MS. NASSER: Yes, Your Honor.

THE COURT: Are you moving Exhibits A through D into evidence?

MS. NASSER: Yes, Your Honor.

THE COURT: Any objection?

MR. VAVRICEK: No, Your Honor.

THE COURT: A through D will be received.

(Whereupon, Exhibits A through D were received.)

THE COURT: There are no contested issues before the Court. There is a matter that I need -- well, Mr. Vavricek, is there a matter I need to take up on a sealed record in this case?

MR. VAVRICEK: No, Your Honor.

THE COURT: All right. There are no contested issues before the Court to resolve, and so the only decision for the Court to make is the ultimate sentence to be imposed. So I will hear first from Mr. Vavricek about the sentence he believes is appropriate on behalf of the United States, and then I'll hear from Ms. Nasser on that topic, and then I will hear from Mr. Lynch if he wishes to say anything to me, and then I will impose

***Contact Patrice Murray at PAMurrayReporting@gmail.com for a complete copy of the transcript.***

sentence.

So, Mr. Vavricek, I'm happy to hear from you now.

MR. VAVRICEK: Thank you, Your Honor. As the Court has correctly indicated, based on an offense level of 10 and a criminal history category of I, the defendant's guideline range is 6 to 12 months. It is in zone B, however, so the Court has wide flexibility even under the guidelines as to fashion an appropriate remedy in this case, and that includes restraints on the defendant's liberties such as home detention, which is what we're requesting here with respect to this particular defendant after considering the 3553(a) factors.

I will start with the nature and circumstances of the offense, Your Honor. As the Court is aware from reading the presentence report, and being familiar with the other cases that are related to this one, this particular defendant was a manager on the sow side of the Lynch Livestock company. And as an aside, although the defendant shares a last name with the company, he is -- our investigation revealed that he is a distant relative of the -- of the ownership. In any event, the -- the fraud here was widespread and originated -- had originated a number of years earlier on what I would call the non-sow or the lights side under Mr. Demaray and

Mr. Wickham. And as the Court knows, there was a USDA investigation in 2017, and so far as it went, it was concerned with that. This part of the fraud was, as far as I'm aware, not uncovered, nor was the defendant even interviewed in that investigation. What our investigation uncovered was that no later than 2013, the cancer of the fraud had ultimately spread to the sow side, in which defendant was a manager. And he has acknowledged in his plea agreement that between 2013 and 2017 he participated in it.

And it is a serious offense to have joined that conspiracy. This, as the Court acknowledged at the -- Mr. Wickham's sentencing and pointed out, this was a day-by-day fraud that stole a little bit from a lot of people for a very long time, and it undermines confidence of farmers and large pork producers in the Packers and Stockyards system.

One thing that we did find aggravating with respect to this defendant was after it was discovered and one -- this is in I believe paragraph 25 of the PSR -- one of the large producers, major customers of the corporation, you know, had seen the USDA investigation, the defendant had stated to them that -- or acknowledged that it only went so far as a couple stations for a period of time, when, as the defendant knew, it extended to his side of

it as well, and that lulled that producer, in part, to keep doing business with the company.

There are, I will acknowledge, a number of mitigating factors with respect to this defendant. He does have one prior conviction, but as best we can tell, has lived a law-abiding life, except for when his father died and a reaction to that.

We did interview a number of people, a large number of people in this investigation, Your Honor, and as I explained to Ms. Nasser at one point and to Ms. Logan, who had previously represented him, there were a lot of people in the investigation who had a lot of good things to say about Mr. Lynch, and a number of people that were surprised that he was, at least for a time, involved.

Now, that said, to be clear, it's aggravating that this defendant -- this was not a one-time decision. I can't call it aberrant because it wasn't. It was a four-year decision that he made day in and day out. His role, however, was -- our investigation would tend to show that, as indicated in the PSR, that it was -- his part of the fraud was with the sows and with changing classifications, so saying a high quality sow was not as a high quality or, as is indicated in the PSR, a no value or a boner, or something along those lines. On the other side of the house, it was much more -- much more

***Contact Patrice Murray at PAMurrayReporting@gmail.com for a complete copy of the transcript.***

aggressive.

So unless the Court has any questions of me, we are requesting a guideline sentence, but we do recognize that in this case home confinement could be substituted for imprisonment, but we do believe restraint on liberty is important in light of the seriousness of the offense. Thank you.

THE COURT: Mr. Vavricek, as I read the guidelines and, in particular, with regard to zone B sentences, the guidelines would have me impose some period of incarceration that -- but I could also essentially do a split sentence and have other periods of -- that I would have him in incarceration, in home confinement. It seems to me, to effectuate the government's request here, what I need to do is actually vary from the guidelines if all you are asking is for home confinement without any period of incarceration. If that's my conclusion, do you have any objection to the Court varying downward to effectuate the government's request?

MR. VAVRICEK: Your Honor, we had understood the split sentence to be zone C. I -- I don't have authority to agree to a downward variance here. I will just stand on my recommendation.

THE COURT: Very good. All right.

Ms. Nasser, I'm happy to hear from you now.

MS. NASSER: Yes, Your Honor. Your Honor, Mr. Gore and I are very proud to represent Charlie Lynch. As the letters all display, he is a very simple man who has lived his simple life for others, and so I imagine that today is a very emotional day for Charlie. I'm sure that he is overwhelmed by the love and support that his family and friends have all provided him, both in writing the letters and in showing up in court today. I think everyone here in the courtroom -- I think it's almost 20 people here, and they all traveled at least an hour and a half to be here from Waucoma.

I think that Charlie probably is equally overwhelmed knowing that it was his lapse in judgment that caused all of his loved ones to experience so much angst for a period of time as a result of this case, when it was his life's mission to make their lives better. And I know that Charlie hates that he has caused a burden on those folks that he loves.

I'm not going to name everybody that's in the courtroom, but I do want Arlene to raise her hand just so you can see her, Judge. She's kind of buried in the back among everybody.

Your Honor, to say that Charlie is beloved by his friends and family and co-workers is an understatement.

I know that comes through in the letters. And what struck me was that I believe every single one of those over 20 letters came from someone who had either known Charlie for his lifetime or known Charlie for their own lifetime. And to have that many friends and family that would vouch for you, that have known you for your entire life, is extremely unusual, Your Honor.

When I first traveled to Waucoma to meet with Charlie, I met with one of Charlie's co-workers, and I asked just the simple question, "What do you think of Charlie?" And this grown man broke into tears out of emotion for how much he loved him. Charlie is adored by his family and friends. All of those letters submitted on his behalf speak much more eloquently for him in their undecorated language than I ever could with all the legal training in the world, Judge. Those are heartfelt and simple and sincere letters that are beautiful.

In Arlene's letter, she is so right when she says that "Charlie smiles with his eyes. I have never seen it before I met Charlie."

There's one letter I might call out, if I'm not offending others in the courtroom that have written letters, is a letter from a gentleman named Dale Ryan, who I think said it best. He concluded his letter, at Exhibit A13, by saying "You are dealing with a very good

person." I think that no one involved in this case, defendant or witness, no one in Waucoma, would disagree with that sentiment, "You are dealing with a very good person."

And, Your Honor, unlike many crimes and defendants before Your Honor, Charlie's decision that led him here, it was not motivated by something malicious, vengeance, or spite, or anger. He did not act out of self-pride, as many of the defendants do that appear before you. He was not motivated by money or personal profit. Rather, this was a crime concocted by Steven Demaray, who walked into Lynch Livestock after Charlie already had been working there for two decades. Mr. Demaray nicknamed himself "Big Shooter," and he changed how the company operated.

He was an infection in the company, as I've heard it called or, as AUSA Vavricek just called it, a cancer. He was a bully who exerted threats and violence -- threats and pressure on all of the Lynch employees to go along with his plan. And importantly, Shooter exerted such pressure in the small town of Waucoma, population 229, with limited employment options, at a company where Charlie already had invested decades, in an industry where he had established himself so that he could earn a simple living for himself and Arlene.

And so Charlie is human, like all of us, Judge. I

suspect each of us in this courtroom can identify at least one moment in our lives that we in hindsight consider pivotal. We may not recognize the significance in the moment, but we do in hindsight, and I suspect for Charlie one of his life's pivotal moments is when he asked Arlene to marry him, and she said yes. And I suspect that another pivotal moment for Charlie in hindsight is the moment that he first picked up a pen and went along with Big Shooter's idea. I have no doubt that Charlie wishes he could go back in time and change that decision that he made in that moment when he first decided to go along with it.

Charlie silently went along with it. He did not bring others into it, but he silently went along. The government is not seeing a leadership enhancement for Charlie. Charlie is a good man who, like all of us in this courtroom, has made bad decisions that they regret. Charlie is about six weeks from retirement. He'll be 65 next month. He has had no other encounters with the law, but for that DUI that occurred when he was mourning the death of his father, and in which he fortunately was the only one that was injured.

And Charlie essentially already has served over 10 months probation since his March 2022 arrest in this case. Your Honor, both parties, the government and

defense, agree that for this man and this crime a term of imprisonment is not warranted and would serve no purpose. And so, on behalf of Charlie, we ask this Court to impose a sentence of probation without any imprisonment. We'd ask for it to be 6 months or less. We believe that that is sufficient but not greater than necessary to accomplish the goals of sentencing Charlie for his conduct in this case.

THE COURT: Thank you Ms. Nasser.

Mr. Lynch, this is the time in the hearing when you have an opportunity to speak to me directly, to tell me anything you'd like me to take into account in determining your sentence. And, of course, you don't have to say anything. And if you choose not to say anything, I won't hold that against you in any way. But if there is anything you would like to say, now is the time to do so.

(Whereupon, counsel conferred with the defendant.)

THE DEFENDANT: Yes, Your Honor. Thank you. I just basically want to apologize to you, to my friends, family, relatives, co-workers, my wife. Not the way I thought my life was going or where I wanted it to go. I'm truly sorry for what we did at work and things that happened going forward, but I just -- I'm sorry, and I ask for your leniency in my sentencing, and I appreciate

you listening to me. And, again, thank you, Your Honor.

THE COURT: Thank you, Mr. Lynch.

In arriving at a sentence that is sufficient but not greater than necessary to achieve the goals of sentencing, I have considered all the factors of Title 18 United States Code Section 3553(a), even if I don't mention each of them in my comments here today.

Turning first to the offense conduct, this was, as Mr. Vavricek described it -- it's a good way of describing it -- kind of a cancer in this company that may have started with this Demaray gentleman. I don't know that he -- if all the fault can be laid solely with him, but certainly he was a leader of this criminal conduct. And, from all accounts, he was an unpleasant person to deal with and pressured a lot of people. While he made some threats, they weren't physical threats. They were threats that may have jeopardized people's employment, but it wasn't the type of threats that we deal with in criminal cases involving physical injury or harm. Nevertheless, when you have been working at a place for a long period of time and it's been your life and you are threatened with loss of that employment and the benefits that go with that, it is a serious threat, and I understand the pressure that Mr. Lynch was under to go along with this scheme.

His participation in this scheme wasn't as involved as other people's, and it wasn't of the same nature of the fraud as other participants in this fraud. They committed fraud. They cheated the people who brought product to them in different ways, in various ways, including falsification of documents and so forth. And the defendant's participation was a little bit different from that, not as sophisticated perhaps as some of the other.

The problem with what the defendant and all these other people did is they went through and systematically, day after day after day, week after week, month after month, and year after year, cheated other people who are working hard for their living, trying to support their family, trying to eke out a living in a difficult area of agriculture, and cheated them, and cheated them day in and day out.

Now, Mr. Lynch didn't personally profit from this. He maintained his employment and the benefits by participating in this fraud, but it is important to the Court that this is not a case where the defendant was getting paid bonuses for doing what he was doing or that he was personally profiting each time some farmer was cheated out of their money. He wasn't personally pocketing the profit. The profit went to the company and

to the owners of the company.

But when people like the defendant go along with schemes and participate in schemes like this, it's -- that's what allows these schemes to occur. The vast majority of the fraud that occurs in the workplace couldn't happen if people like Charlie Lynch stood up and said, "No, I'm not going to do it." It takes people caving in, folding, and losing their moral compass for people to get away with fraud. One person acting alone in a company is not going to be able to get away with fraud, certainly not for very long, and only if they're in a very unique position of controlling some of the paperwork, and Demaray was not in that position. He could only orchestrate this fraud if he had other people, like Charlie, going along with it.

And the only exception I take to Ms. Nasser's very eloquent comments on behalf of her client is that Charlie stood by silently. It wasn't simply him silently observing and not reporting what happened. He participated in it, and that's something more than simply standing by silently and allowing a fraud to occur and not reporting it in.

That said, everything I have read, both in the presentence investigation report and in all the letters submitted on behalf of the defendant, shows that this is

a gentleman who -- this kind of conduct is vastly out of his character. This is not something he would have ever done on his own volition. It's not who he is. It's not what he stands for. It's not what he has demonstrated through his works in the community. It's not where he comes from. You know, his presentence report shows that he came from a hard-working, good family. He had a happy childhood. He married a woman who has good morals. And so this is not who Mr. Lynch is. It's not -- not reflected anywhere in his personal background and certainly not reflected in all the letters of support that were submitted that paint a more vivid picture of who he really is.

He does have one prior conviction. I'm not concerned about that. It is an OWI. He was very intoxicated, and he posed a real danger to other people. Thank goodness he wasn't seriously hurt and didn't hurt somebody else. But there is an explanation for the timing of when that happened, and everybody can make a mistake like that. I'm just thankful no more harm came of it, from that; but I'm not concerned about that one incident in 2003.

The defendant is generally in very good health, both physically and mentally. The defendant graduated from high school. He's been a hard-working individual his

entire life, and so he's been very much a contributing member of society. The defendant also has not only just been a contributing member through working and paying taxes and so forth, but it's clear from all the letters of support the other work he's done in the community and the efforts he's made to help other people in the community. And so I'm taking all that into account as well in arriving at the appropriate sentence here.

Under zone B, the Court has three options. One is a sentence of imprisonment. Second is a sentence of imprisonment combined with some form of home confinement or community confinement. Or a sentence of probation that includes a period of home confinement or community confinement of some sort or intermittent confinement. And so Mr. Vavricek is correct in the sense that I could under subsection (c)(3) of the guidelines impose a probationary term that includes a period of home confinement. And I suppose, to some degree, a period of home confinement would be a form of punishment to the defendant in the sense that he wouldn't be able to move about as freely as he would otherwise like to. But, boy, here's the reality of Mr. Lynch, and that is that if I was to impose home confinement, there would be exceptions for going to doctor's appointments, work, church, and other things approved by the probation office. Well,

that's pretty much Mr. Lynch's life, is going to church and work and doctor's appointments and the like. It's not like he is travelling out of town on vacations and things like that.

So the bottom line is I don't see much to be gained -- that the goals of sentencing are going to be enhanced in any way by imposing home confinement on this particular individual. We would have to monitor his goings and comings by electronic monitoring -- that would impose a hardship on the U.S. Probation Office that is already understaffed and overworked -- for a gentleman who I don't think in a heartbeat would violate his home confinement restrictions. I just don't see that imposing a term of home confinement advances the goals of sentencing here, and I think it would be a waste of resources and an unnecessary restriction on a gentleman who is unlikely to do anything other than be confined to his home most of the time anyway. So I find that a term of straight probation is appropriate.

I am going to -- to the extent that that is inconsistent with the guidelines, I am going to vary downward to impose simply a term of probation without any home confinement for the reasons I've just articulated.

So, Mr. Lynch, it is the judgment of this Court that you are hereby ordered to serve a term -- a 5-year term

of probation. While on probation, you must comply with the following mandatory conditions: You must not commit another federal, state, or local crime; you must not unlawfully use or possess a controlled substance; and you must cooperate in the collection of a DNA sample as directed by your probation officer.

In addition, you must comply with the standard conditions of supervision set out in my judgment order, together with all the special conditions set out at paragraphs 87 through 89 of the presentence report.

It's also ordered you must pay to the United States a special assessment of $100, which is due immediately. I find -- I note that you have paid the special assessment on July 25, 2022, and the judgment will so reflect. It's also ordered that you pay a fine in the amount of $3,000, which is due immediately. Of this amount, $3,000 is also payable immediately. If there's any balance left over that's not paid immediately, it will be paid in accordance with a payment plan that I'll talk about here in a minute, with all payments being made to the United States Clerk of Court for the Northern District of Iowa.

If you still owe any portion of your financial obligation during your term of probation, you must pay it as a condition of supervision, and the United States

Probation Office will pursue collection of the amount due pursuant to a payment schedule approved by me. You must notify the United States Attorney for the Northern District of Iowa within 30 days of any change of your mailing or residence address that occurs while any portion of your financial obligation remains unpaid. The interest requirement in this case is not waived.

You must report to the United States Probation Officer -- Office for the Northern District of Iowa to commence your term of probation. I'm going to order that you meet with Officer Gerst, I believe is the one that's been assigned to you. The probation office is on the second floor of this courthouse. And so immediately following this hearing, you need to report into the probation office to begin your term of probation.

Mr. Vavricek, there remains outstanding against Mr. Lynch Count 7 of the superseding indictment.

MR. VAVRICEK: Pursuant to the plea agreement, Your Honor, the United States would move to dismiss that remaining count against this defendant.

THE COURT: That motion is granted. So as to this defendant, Count 7 is dismissed.

Before I advise Mr. Lynch of his limited rights to appeal, Mr. Vavricek, is there anything else on behalf of the United States?

***Contact Patrice Murray at PAMurrayReporting@gmail.com for a complete copy of the transcript.***

MR. VAVRICEK: No, thank you, Your Honor.

THE COURT: Officer VanderMolen?

PROBATION OFFICER: No, Your Honor. Thank you.

THE COURT: Ms. Nasser?

MS. NASSER: Nothing, Your Honor.

THE COURT: All right. Mr. Lynch, let me talk to you, sir, about what I called your limited rights to appeal -- and the reason I said "limited rights to appeal," is because you signed a plea agreement with the government here in which you've given up or surrendered your rights to appeal except under limited circumstances set forth in that plea agreement. So if you believe under the terms of the plea agreement you can appeal, this is how you would do it.

You would have to file a written notice of appeal with the Clerk of Court for the Northern District of Iowa here in Cedar Rapids within the next 14 days. If you fail to file a written notice of appeal in the next 14 days, you give up forever your right to appeal the sentence I've just imposed. Now, if you would like to appeal but you can't afford the services of an attorney to do so, I would appoint an attorney to represent you on appeal at no expense to you.

Do you understand your right to appeal, sir?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you have any questions about anything we've done here today, sir?

THE DEFENDANT: No, I do not, Your Honor.

THE COURT: All right. Good luck to you, Mr. Lynch.

Ms. Nasser, anything further?

MS. NASSER: No, Your Honor. Thank you.

THE COURT: Mr. Vavricek?

MR. VAVRICEK: No, Your Honor.

THE COURT: All right. Thank you. That concludes this hearing.

(Proceedings concluded at 1:29 p.m.)

*Contact Patrice Murray at PAMurrayReporting@gmail.com for a complete copy of the transcript.*

C E R T I F I C A T E

I, Patrice A. Murray, a Certified Shorthand Reporter of the State of Iowa, do hereby certify that at the time and place heretofore indicated, a hearing was held before the Honorable C.J. Williams; that I reported in shorthand and transcribed to the best of my ability the proceedings of said hearing; and that the foregoing transcript is a true record of all proceedings had on the taking of said hearing at the above time and place.

I further certify that I am not related to or employed by any of the parties to this action, and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

IN WITNESS WHEREOF, I have set my hand this 31st day of January, 2023.

/s/ Patrice A. Murray
Patrice A. Murray, CSR, RMR, FCRR
Court Reporter
PO Box 10541
Cedar Rapids, Iowa 52410

## $

**$100** [2] - 4:3, 23:12
**$250,000** [1] - 4:1
**$3,000** [2] - 23:16, 23:17
**$40,000** [1] - 6:19

## /

**/s** [1] - 27:11

## 1

**1** [2] - 1:10, 3:25
**1/26/23** [1] - 1:21
**1/31/23** [1] - 1:21
**10** [4] - 6:13, 6:17, 8:5, 15:24
**10541** [2] - 1:24, 27:13
**111** [2] - 1:10, 1:17
**12** [3] - 6:7, 6:18, 8:6
**12:55** [1] - 1:18
**13** [1] - 6:6
**13th** [1] - 1:17
**14** [2] - 25:17, 25:19
**155** [1] - 3:13
**164** [1] - 6:22
**18** [2] - 3:18, 17:5
**1900** [1] - 1:12
**1:29** [1] - 26:12

## 2

**2-level** [1] - 6:10
**20** [2] - 12:10, 13:3
**2003** [1] - 20:22
**2013** [2] - 9:6, 9:9
**2017** [2] - 9:2, 9:10
**2022** [3] - 3:15, 15:24, 23:14
**2023** [2] - 1:17, 27:10
**21-CR-2074** [2] - 1:5, 3:4
**229** [1] - 14:20
**25** [3] - 3:15, 9:20, 23:14
**2C1.1(a)(2)** [1] - 6:8

## 3

**3** [1] - 3:24
**30** [1] - 24:4
**31st** [1] - 27:9
**3553(a** [2] - 8:12, 17:6
**371** [1] - 3:19
**3E1.1(a)** [1] - 6:12

## 4

**4,000** [1] - 6:19
**43** [1] - 6:6

## 5

**5** [2] - 3:21, 4:1
**5-year** [1] - 22:25
**52401** [1] - 1:11
**52410** [2] - 1:24, 27:13

## 6

**6** [3] - 6:18, 8:6, 16:5
**63105** [1] - 1:13
**65** [1] - 15:18

## 7

**7** [3] - 2:3, 24:17, 24:22
**7676** [1] - 1:12

## 8

**8** [1] - 3:17
**87** [1] - 23:10
**89** [1] - 23:10

## A

**A13** [1] - 13:25
**aberrant** [1] - 10:17
**abiding** [1] - 10:6
**ability** [1] - 27:4
**able** [3] - 5:22, 19:10, 21:20
**acceptance** [1] - 6:11
**accomplish** [1] - 16:7
**accordance** [1] - 23:19
**account** [2] - 16:12, 21:7
**accounts** [1] - 17:14
**achieve** [1] - 17:4
**acknowledge** [1] - 10:3
**acknowledged** [3] - 9:9, 9:12, 9:23
**act** [1] - 14:8
**acting** [1] - 19:9
**action** [2] - 27:7, 27:8
**addition** [1] - 23:7
**address** [1] - 24:5
**adored** [1] - 13:12
**advances** [1] - 22:14
**advise** [1] - 24:23
**advisory** [5] - 4:16, 5:2, 6:4, 6:17, 6:19
**afford** [1] - 25:21
**aggravating** [2] - 9:18, 10:15
**aggressive** [1] - 11:1
**agree** [3] - 7:4, 11:23, 16:1
**agreement** [5] - 9:9, 24:18, 25:9, 25:12, 25:13
**agriculture** [1] - 18:16
**allowing** [1] - 19:21
**allows** [1] - 19:4
**almost** [1] - 12:10
**alone** [1] - 19:9
**America** [1] - 3:3
**AMERICA** [1] - 1:3
**amount** [3] - 23:16, 23:17, 24:1
**AND** [1] - 1:12
**anger** [1] - 14:8
**angst** [1] - 12:15
**answer** [1] - 5:22
**anyway** [1] - 22:18
**apologize** [1] - 16:20
**appeal** [11] - 24:24, 25:8, 25:9, 25:11, 25:13, 25:15, 25:18, 25:19, 25:21, 25:23, 25:24
**appear** [1] - 14:9
**APPEARANCES** [1] - 1:9
**appeared** [2] - 1:11, 1:13
**appoint** [1] - 25:22
**appointments** [2] - 21:24, 22:2
**appreciate** [1] - 16:25
**appropriate** [4] - 7:22, 8:8, 21:8, 22:19
**approved** [2] - 21:25, 24:2
**area** [1] - 18:15
**Arlene** [3] - 12:21, 14:24, 15:6
**Arlene's** [1] - 13:18
**arrest** [1] - 15:24
**arriving** [2] - 17:3, 21:8
**articulated** [1] - 22:23
**aside** [1] - 8:19
**assessed** [1] - 6:7
**assessment** [3] - 4:2, 23:12, 23:14
**assigned** [1] - 24:12
**Assistant** [1] - 3:5
**attorney** [3] - 25:21, 25:22, 27:8
**ATTORNEY** [1] - 1:10
**Attorney** [2] - 3:6, 24:3
**Attorney's** [1] - 1:10
**attorneys** [2] - 3:7, 5:20
**ATTORNEYS** [1] - 1:12
**AUSA** [1] - 14:16
**author** [1] - 3:12
**authority** [1] - 11:23
**Avenue** [2] - 1:10, 1:17
**awarded** [1] - 6:10
**aware** [2] - 8:15, 9:4

## B

**background** [1] - 20:10
**bad** [1] - 15:17
**balance** [1] - 23:18
**base** [1] - 6:7
**based** [1] - 8:4
**beautiful** [1] - 13:17
**BEFORE** [1] - 1:16
**begin** [1] - 24:15
**begins** [1] - 6:6
**behalf** [10] - 1:11, 1:13, 4:11, 4:22, 7:22, 13:14, 16:3, 19:17, 19:25, 24:24
**believes** [1] - 7:22
**beloved** [1] - 12:24
**benefits** [2] - 17:23, 18:19
**Bennett** [1] - 1:12
**best** [3] - 10:5, 13:24, 27:4
**better** [1] - 12:17
**between** [1] - 9:9
**Big** [2] - 14:14, 15:9
**bit** [2] - 9:14, 18:7
**boner** [1] - 10:24
**bonuses** [1] - 18:22
**bottom** [1] - 22:5
**Boulevard** [1] - 1:12
**Box** [3] - 1:10, 1:24, 27:13
**boy** [1] - 21:21
**brief** [1] - 5:6
**bring** [1] - 15:14
**broke** [1] - 13:11
**brought** [1] - 18:4
**bully** [1] - 14:17
**burden** [1] - 12:18
**buried** [1] - 12:22
**business** [1] - 10:2

## C

**c)(3** [1] - 21:16
**C.J** [2] - 1:16, 27:3
**calculation** [4] - 4:16, 5:2, 6:4, 6:5
**call** [3] - 8:24, 10:17, 13:21
**called** [3] - 14:16, 25:7
**cancer** [3] - 9:7, 14:16, 17:10
**case** [10] - 3:3, 7:16, 8:9, 11:4, 12:16, 14:1, 15:25, 16:8, 18:21, 24:7
**cases** [2] - 8:17, 17:19
**category** [3] - 6:16, 6:17, 8:5
**caused** [2] - 12:14, 12:18
**caving** [1] - 19:8
**Cedar** [5] - 1:10, 1:18, 1:24, 25:17, 27:13
**certainly** [3] - 17:13, 19:11, 20:11
**Certified** [2] - 1:19, 27:2
**certify** [2] - 27:2, 27:6
**change** [2] - 15:10, 24:4
**changed** [1] - 14:14
**changing** [1] - 10:21
**character** [1] - 20:2
**charged** [1] - 3:17

**Charlie** [29] - 3:3, 12:3, 12:6, 12:13, 12:18, 12:24, 13:4, 13:9, 13:11, 13:12, 13:19, 13:20, 14:12, 14:22, 14:25, 15:5, 15:7, 15:10, 15:13, 15:16, 15:18, 15:23, 16:3, 16:7, 19:6, 19:15, 19:17
**CHARLIE** [1] - 1:6
**Charlie's** [2] - 13:9, 14:6
**cheated** [5] - 18:4, 18:13, 18:16, 18:24
**childhood** [1] - 20:8
**choose** [1] - 16:14
**church** [2] - 21:24, 22:1
**circumstances** [2] - 8:14, 25:11
**clarifications** [1] - 5:11
**classifications** [1] - 10:22
**clear** [2] - 10:15, 21:4
**Clerk** [2] - 23:21, 25:16
**client** [3] - 4:23, 5:7, 19:17
**co** [3] - 12:25, 13:9, 16:21
**co-workers** [3] - 12:25, 13:9, 16:21
**Code** [2] - 3:19, 17:6
**collection** [2] - 23:5, 24:1
**combined** [1] - 21:11
**comings** [1] - 22:9
**commence** [1] - 24:10
**commencing** [1] - 1:18
**comments** [2] - 17:7, 19:17
**commit** [1] - 23:2
**committed** [1] - 18:4
**community** [5] - 20:5, 21:5, 21:7, 21:12, 21:13
**company** [10] - 8:19, 8:20, 10:2, 14:14, 14:15, 14:21, 17:10, 18:25, 19:1, 19:10
**compass** [1] - 19:8
**Completed** [1] - 1:21
**comply** [2] - 23:1, 23:7
**concerned** [3] - 9:3, 20:15, 20:21
**concluded** [2] - 13:24, 26:12
**concludes** [1] - 26:11
**conclusion** [1] - 11:18
**concocted** [1] - 14:11
**condition** [1] - 23:25
**conditions** [3] - 23:2, 23:8, 23:9
**conduct** [4] - 16:8, 17:8, 17:14, 20:1
**conferred** [1] - 16:18
**confidence** [1] - 9:15
**confined** [1] - 22:17
**confinement** [15] - 11:4, 11:14, 11:17, 21:11, 21:12, 21:13, 21:14, 21:18, 21:19, 21:23, 22:7, 22:13, 22:14, 22:23
**conjunction** [1] - 5:11
**consider** [1] - 15:3
**considered** [1] - 17:5
**considering** [1] - 8:12
**conspiracy** [1] - 9:12
**conspiring** [1] - 3:17
**contested** [2] - 7:13, 7:18
**contributing** [2] - 21:1, 21:3
**controlled** [1] - 23:4
**controlling** [1] - 19:12
**conviction** [3] - 6:14, 10:5, 20:14
**cooperate** [1] - 23:5
**corporation** [1] - 9:21
**correct** [3] - 4:6, 4:7, 21:15
**correctly** [1] - 8:4
**counsel** [2] - 16:18, 27:8
**count** [3] - 3:16, 24:20
**Count** [3] - 3:17, 24:17, 24:22
**couple** [1] - 9:24
**course** [2] - 6:21, 16:13
**Court** [23] - 1:23, 3:2, 3:23, 3:25, 4:1, 4:2, 7:14, 7:19, 7:20, 8:4, 8:7, 8:15, 9:1, 9:12, 11:2, 11:19, 16:3, 18:21, 21:9, 22:24, 23:21, 25:16, 27:12
**COURT** [33] - 1:1, 3:2, 3:10, 4:8, 4:11, 4:15, 4:19, 4:22, 5:1, 5:5, 5:14, 5:18, 5:22, 5:25, 6:3, 7:4, 7:6, 7:9, 7:11, 7:13, 7:18, 11:8, 11:25, 16:9, 17:2, 24:21, 25:2, 25:4, 25:6, 26:1, 26:4, 26:8, 26:10
**court** [2] - 3:1, 12:9
**court's** [1] - 3:14
**courthouse** [1] - 24:13
**courtroom** [5] - 12:10, 12:21, 13:22, 15:1, 15:17
**crime** [4] - 3:20, 14:11, 16:1, 23:3
**crimes** [1] - 14:5
**criminal** [6] - 6:15, 6:16, 6:17, 8:5, 17:13, 17:19
**CSR** [2] - 1:23, 27:12
**customers** [1] - 9:21

## D

**Dale** [1] - 13:23
**danger** [1] - 20:16
**day-by-day** [1] - 9:14
**days** [3] - 24:4, 25:17, 25:19
**deal** [2] - 17:15, 17:19
**dealing** [2] - 13:25, 14:3
**death** [1] - 15:21
**decades** [2] - 14:13, 14:22
**decided** [1] - 15:12
**decision** [5] - 7:20, 10:16, 10:18, 14:6, 15:11
**decisions** [1] - 15:17
**defendant** [28] - 3:6, 3:15, 3:22, 6:7, 6:9, 6:14, 8:12, 8:18, 8:20, 9:4, 9:8, 9:19, 9:22, 9:25, 10:4, 10:16, 14:2, 16:18, 18:10, 18:21, 19:2, 19:25, 20:23, 20:24, 21:2, 21:20, 24:20, 24:22
**Defendant** [2] - 1:7, 1:13
**DEFENDANT** [7] - 5:17, 5:21, 5:24, 6:2, 16:19, 25:25, 26:3
**defendant's** [4] - 6:23, 8:6, 8:10, 18:7
**defendants** [2] - 14:5, 14:9
**defense** [2] - 3:7, 16:1
**defraud** [1] - 3:18
**degree** [1] - 21:18
**Demaray** [5] - 8:25, 14:11, 14:13, 17:11, 19:13
**demonstrated** [1] - 20:4
**deputy** [1] - 4:8
**DEPUTY** [1] - 4:10
**described** [1] - 17:9
**describing** [1] - 17:10
**detail** [1] - 6:21
**detention** [2] - 4:5, 8:10
**determined** [1] - 6:5
**determining** [1] - 16:13
**died** [1] - 10:7
**different** [2] - 18:5, 18:7
**difficult** [1] - 18:15
**directed** [1] - 23:6
**directly** [1] - 16:11
**disagree** [1] - 14:2
**discovered** [1] - 9:19
**discuss** [1] - 5:19
**discussed** [1] - 5:10
**dismiss** [1] - 24:19
**dismissed** [1] - 24:22
**display** [1] - 12:4
**distant** [1] - 8:21
**District** [4] - 23:22, 24:4, 24:9, 25:16
**DISTRICT** [2] - 1:1, 1:1
**DNA** [1] - 23:5
**doctor's** [2] - 21:24, 22:2
**document** [2] - 3:13, 6:22
**documents** [2] - 7:1, 18:6
**done** [3] - 20:3, 21:5, 26:2
**doubt** [1] - 15:9
**Dowd** [1] - 1:12
**downward** [3] - 11:19, 11:23, 22:22
**due** [3] - 23:12, 23:16, 24:1
**DUI** [1] - 15:20
**during** [1] - 23:24

## E

**earn** [1] - 14:23
**effectuate** [2] - 11:14, 11:19
**efforts** [1] - 21:6
**eight** [1] - 3:16
**eight-count** [1] - 3:16
**either** [1] - 13:3
**eke** [1] - 18:15
**electronic** [1] - 22:9
**eloquent** [1] - 19:17
**eloquently** [1] - 13:14
**emotion** [1] - 13:12
**emotional** [1] - 12:6
**employed** [2] - 27:7, 27:8
**employee** [1] - 27:7
**employees** [1] - 14:18
**employment** [4] - 14:21, 17:18, 17:22, 18:19
**encounters** [1] - 15:19
**enhanced** [1] - 22:7
**enhancement** [1] - 15:15
**entire** [2] - 13:6, 21:1
**equally** [1] - 12:13
**essentially** [2] - 11:12, 15:23
**established** [1] - 14:23
**event** [1] - 8:22
**evidence** [1] - 7:7
**except** [2] - 10:6, 25:11
**exception** [1] - 19:16
**exceptions** [1] - 21:23
**exerted** [2] - 14:17, 14:19
**Exhibit** [1] - 13:25
**EXHIBITS** [1] - 2:2
**exhibits** [1] - 7:1
**Exhibits** [4] - 2:3, 6:24, 7:6, 7:12
**expense** [1] - 25:23
**experience** [1] - 12:15
**explained** [1] - 10:10
**explanation** [1] - 20:18
**extended** [1] - 9:25
**extent** [1] - 22:20
**extremely** [1] - 13:7
**eyes** [1] - 13:19

## F

**factors** [3] - 8:13, 10:4, 17:5
**fail** [1] - 25:18
**fair** [2] - 4:12, 4:24
**falsification** [1] - 18:6
**familiar** [1] - 8:16
**family** [7] - 12:8, 12:25, 13:5, 13:13, 16:21, 18:15, 20:7
**far** [3] - 9:2, 9:3, 9:24
**farmer** [1] - 18:23
**farmers** [1] - 9:16
**fashion** [1] - 8:8
**father** [2] - 10:6, 15:21
**fault** [1] - 17:12
**FCRR** [2] - 1:23, 27:12
**federal** [1] - 23:3

**feel** [1] - 5:18
**file** [3] - 3:14, 25:15, 25:18
**filed** [1] - 3:13
**financial** [2] - 23:23, 24:6
**financially** [1] - 27:8
**find** [3] - 9:18, 22:18, 23:13
**fine** [3] - 4:1, 6:19, 23:15
**first** [6] - 6:3, 7:21, 13:8, 15:8, 15:11, 17:8
**flexibility** [1] - 8:7
**floor** [1] - 24:13
**folding** [1] - 19:8
**folks** [1] - 12:19
**following** [3] - 3:1, 23:2, 24:14
**FOR** [1] - 1:1
**foregoing** [1] - 27:4
**forever** [1] - 25:19
**form** [2] - 21:11, 21:19
**Forsyth** [1] - 1:12
**forth** [3] - 18:6, 21:4, 25:12
**fortunately** [1] - 15:21
**forward** [1] - 16:24
**four** [1] - 10:18
**four-year** [1] - 10:18
**fraud** [14] - 8:23, 9:3, 9:7, 9:14, 10:21, 18:3, 18:4, 18:20, 19:5, 19:9, 19:11, 19:14, 19:21
**freely** [1] - 21:21
**friends** [5] - 12:8, 12:25, 13:5, 13:13, 16:20
**full** [2] - 4:12, 4:23

**G**

**GABRIEL** [1] - 1:12
**Gabriel** [1] - 3:8
**gained** [1] - 22:6
**generally** [1] - 20:23
**gentleman** [5] - 13:23, 17:11, 20:1, 22:11, 22:16
**Gerst** [1] - 24:11
**get** [2] - 19:9, 19:10
**getting** [1] - 18:22
**give** [1] - 25:19
**given** [1] - 25:10
**goals** [4] - 16:7, 17:4, 22:6, 22:14
**goings** [1] - 22:9
**goodness** [1] - 20:17
**Gore** [3] - 3:8, 5:9, 12:3
**GORE** [2] - 1:12, 3:9
**government** [6] - 4:5, 4:15, 5:12, 15:15, 15:25, 25:10
**government's** [2] - 11:15, 11:19
**graduated** [1] - 20:24
**granted** [1] - 24:21
**greater** [2] - 16:6, 17:4
**grown** [1] - 13:11
**guideline** [6] - 6:8, 6:11, 6:18, 6:19, 8:6, 11:3
**guidelines** [9] - 4:16, 5:2, 6:4, 8:8, 11:9, 11:10, 11:16, 21:16, 22:21
**guilty** [3] - 3:15, 3:17, 6:9

**H**

**half** [1] - 12:12
**hand** [2] - 12:21, 27:9
**happen** [1] - 19:6
**happened** [3] - 16:24, 19:19, 20:19
**happy** [3] - 8:2, 12:1, 20:7
**hard** [3] - 18:14, 20:7, 20:25
**hard-working** [2] - 20:7, 20:25
**hardship** [1] - 22:10
**harm** [2] - 17:20, 20:20
**hates** [1] - 12:18
**health** [1] - 20:23
**hear** [5] - 7:21, 7:23, 7:24, 8:2, 12:1
**heard** [1] - 14:15
**HEARING** [1] - 1:15
**hearing** [10] - 3:5, 4:9, 6:20, 7:2, 16:10, 24:14, 26:11, 27:3, 27:4, 27:5
**heartbeat** [1] - 22:12
**heartfelt** [1] - 13:16
**HELD** [1] - 1:16
**held** [2] - 3:1, 27:3
**help** [1] - 21:6
**hereby** [2] - 22:25, 27:2
**hereto** [1] - 27:8
**heretofore** [1] - 27:3
**high** [3] - 10:22, 10:23, 20:25
**himself** [3] - 14:13, 14:23, 14:24
**hindsight** [3] - 15:2, 15:4, 15:8
**history** [4] - 6:15, 6:16, 6:17, 8:5
**hold** [1] - 16:15
**home** [14] - 8:10, 11:4, 11:13, 11:17, 21:11, 21:13, 21:17, 21:19, 21:23, 22:7, 22:12, 22:14, 22:18, 22:23
**HON** [1] - 1:16
**Honor** [35] - 3:9, 4:7, 4:10, 4:14, 4:18, 4:21, 4:25, 5:4, 5:8, 7:3, 7:5, 7:8, 7:10, 7:17, 8:3, 8:15, 10:9, 11:21, 12:2, 12:24, 13:7, 14:5, 14:6, 15:25, 16:19, 17:1, 24:19, 25:1, 25:3, 25:5, 25:25, 26:3, 26:7, 26:9
**Honorable** [1] - 27:3
**hour** [1] - 12:11
**house** [1] - 10:25
**human** [1] - 14:25
**hurt** [2] - 20:17

**I**

**idea** [1] - 15:9
**identified** [1] - 6:25
**identify** [1] - 15:1
**imagine** [1] - 12:5
**immediately** [5] - 23:12, 23:16, 23:17, 23:18, 24:13
**important** [2] - 11:6, 18:20
**importantly** [1] - 14:19
**impose** [10] - 3:25, 4:1, 4:2, 7:25, 11:10, 16:3, 21:16, 21:23, 22:10, 22:22
**imposed** [2] - 7:21, 25:20
**imposing** [2] - 22:7, 22:13
**imprisonment** [7] - 4:6, 6:18, 11:5, 16:2, 16:4, 21:10, 21:11
**IN** [2] - 1:1, 27:9
**incarceration** [3] - 11:11, 11:13, 11:17
**incident** [1] - 20:22
**includes** [3] - 8:9, 21:13, 21:17
**including** [1] - 18:6
**inconsistent** [1] - 22:21
**INDEX** [1] - 2:1
**indicated** [4] - 8:4, 10:20, 10:23, 27:3
**indictment** [2] - 3:16, 24:17
**individual** [2] - 20:25, 22:8
**industry** [1] - 14:22
**infection** [1] - 14:15
**injured** [1] - 15:22
**injury** [1] - 17:19
**interest** [1] - 24:7
**interested** [1] - 27:8
**intermittent** [1] - 21:14
**interview** [1] - 10:8
**interviewed** [1] - 9:5
**intoxicated** [1] - 20:16
**invested** [1] - 14:22
**investigation** [12] - 3:13, 5:9, 6:21, 8:21, 9:2, 9:5, 9:6, 9:22, 10:9, 10:12, 10:19, 19:24
**involved** [3] - 10:14, 14:1, 18:1
**involving** [1] - 17:19
**IOWA** [1] - 1:1
**Iowa** [9] - 1:11, 1:18, 1:24, 23:22, 24:4, 24:9, 25:16, 27:2, 27:13
**issues** [2] - 7:13, 7:19

**J**

**January** [2] - 1:17, 27:10
**jeopardized** [1] - 17:17
**joined** [1] - 9:11
**Judge** [3] - 12:22, 13:16, 14:25
**judgment** [4] - 12:14, 22:24, 23:8, 23:14
**July** [2] - 3:15, 23:14

**K**

**keep** [1] - 10:2
**kind** [3] - 12:22, 17:10, 20:1
**knowing** [1] - 12:14
**known** [3] - 13:3, 13:4, 13:6
**knows** [1] - 9:1

**L**

**laid** [1] - 17:12
**language** [1] - 13:15
**lapse** [1] - 12:14
**large** [3] - 9:16, 9:21, 10:8
**last** [1] - 8:20
**law** [2] - 10:6, 15:19
**law-abiding** [1] - 10:6
**LAWRENCE** [1] - 1:10
**leader** [1] - 17:13
**leadership** [1] - 15:15
**least** [3] - 10:14, 12:11, 15:2
**leaves** [1] - 6:12
**led** [1] - 14:6
**left** [1] - 23:18
**legal** [1] - 13:15
**leniency** [1] - 16:25
**less** [1] - 16:5
**letter** [4] - 13:18, 13:21, 13:23, 13:24
**letters** [10] - 12:4, 12:9, 13:1, 13:3, 13:13, 13:17, 13:23, 19:24, 20:11, 21:4
**level** [4] - 6:7, 6:12, 6:17, 8:4
**liberties** [1] - 8:10
**liberty** [1] - 11:5
**life** [7] - 10:6, 12:5, 13:7, 16:22, 17:21, 21:1, 22:1
**life's** [2] - 12:17, 15:5
**lifetime** [2] - 13:4, 13:5
**light** [1] - 11:6
**lights** [1] - 8:25
**limited** [5] - 14:21, 24:23, 25:7, 25:8, 25:11
**line** [1] - 22:5
**lines** [1] - 10:24
**listening** [1] - 17:1
**lived** [2] - 10:6, 12:5
**lives** [2] - 12:17, 15:2

**Livestock** [2] - 8:19, 14:12
**living** [3] - 14:24, 18:14, 18:15
**LLP** [1] - 1:12
**local** [1] - 23:3
**Logan** [1] - 10:10
**losing** [1] - 19:8
**loss** [1] - 17:22
**Louis** [1] - 1:13
**love** [1] - 12:7
**loved** [2] - 12:15, 13:12
**loves** [1] - 12:19
**luck** [1] - 26:4
**lulled** [1] - 10:1
**Lynch** [24] - 3:3, 4:23, 5:1, 5:8, 5:12, 5:15, 7:24, 8:19, 10:13, 12:3, 14:12, 14:18, 16:10, 17:2, 17:24, 18:18, 19:6, 20:9, 21:22, 22:24, 24:17, 24:23, 25:6, 26:5
**LYNCH** [1] - 1:6
**Lynch's** [1] - 22:1

## M

**machine** [1] - 1:20
**made** [7] - 5:11, 10:18, 15:11, 15:17, 17:16, 21:6, 23:20
**mailing** [1] - 24:5
**maintained** [1] - 18:19
**major** [1] - 9:21
**majority** [1] - 19:5
**make** [4] - 5:6, 7:20, 12:17, 20:19
**malicious** [1] - 14:7
**man** [4] - 12:4, 13:11, 15:16, 16:1
**manager** [2] - 8:18, 9:8
**mandatory** [2] - 4:2, 23:2
**March** [1] - 15:24
**married** [1] - 20:8
**marry** [1] - 15:6
**MARSHAL** [1] - 4:10
**matter** [4] - 3:2, 3:4, 7:14, 7:15
**meet** [2] - 13:8, 24:11
**member** [2] - 21:2, 21:3
**mentally** [1] - 20:24
**mention** [1] - 17:7
**met** [2] - 13:9, 13:20
**MICHELLE** [1] - 1:12
**Michelle** [1] - 3:8
**might** [1] - 13:21
**minute** [1] - 23:20
**mission** [1] - 12:17
**Missouri** [1] - 1:13
**mistake** [1] - 20:20
**mitigating** [1] - 10:4
**moment** [5] - 15:2, 15:4, 15:7, 15:8, 15:11
**moments** [1] - 15:5
**money** [2] - 14:10, 18:24
**monitor** [1] - 22:8
**monitoring** [1] - 22:9
**month** [3] - 15:19, 18:12, 18:13
**months** [4] - 6:18, 8:6, 15:24, 16:5
**moral** [1] - 19:8
**morals** [1] - 20:8
**most** [1] - 22:18
**motion** [1] - 24:21
**motivated** [2] - 14:7, 14:10
**mourning** [1] - 15:20
**move** [2] - 21:20, 24:19
**moving** [1] - 7:6
**MR** [12] - 3:9, 4:7, 4:14, 4:18, 7:3, 7:10, 7:17, 8:3, 11:21, 24:18, 25:1, 26:9
**MS** [9] - 4:21, 4:25, 5:4, 5:8, 7:5, 7:8, 12:2, 25:5, 26:7
**Murray** [5] - 1:19, 1:23, 27:2, 27:11, 27:12
**must** [10] - 4:2, 23:1, 23:2, 23:3, 23:5, 23:7, 23:11, 23:24, 24:2, 24:8

## N

**name** [2] - 8:20, 12:20
**named** [1] - 13:23
**NASSER** [10] - 1:12, 4:21, 4:25, 5:4, 5:8, 7:5, 7:8, 12:2, 25:5, 26:7
**Nasser** [10] - 3:8, 4:20, 5:6, 7:4, 7:23, 10:10, 12:1, 16:9, 25:4, 26:6
**Nasser's** [1] - 19:16
**Nathan** [1] - 3:11
**nature** [2] - 8:14, 18:2
**necessary** [2] - 16:6, 17:4
**need** [5] - 4:9, 7:14, 7:15, 11:15, 24:14
**never** [1] - 13:19
**nevertheless** [1] - 17:20
**next** [3] - 15:19, 25:17, 25:18
**nicknamed** [1] - 14:13
**non** [1] - 8:25
**non-sow** [1] - 8:25
**NORTHERN** [1] - 1:1
**Northern** [4] - 23:21, 24:3, 24:9, 25:16
**note** [1] - 23:13
**nothing** [1] - 25:5
**notice** [2] - 25:15, 25:18
**notify** [1] - 24:3
**number** [8] - 3:4, 3:13, 6:22, 8:24, 10:3, 10:8, 10:13

## O

**objection** [2] - 7:9, 11:18
**objections** [2] - 4:16, 5:1
**obligation** [2] - 23:24, 24:6
**observing** [1] - 19:19
**occur** [2] - 19:4, 19:21
**occurred** [1] - 15:20
**occurs** [2] - 19:5, 24:5
**OF** [2] - 1:1, 1:3
**offending** [1] - 13:22
**offense** [9] - 6:7, 6:9, 6:12, 6:16, 8:4, 8:15, 9:11, 11:6, 17:8
**Office** [4] - 1:10, 22:10, 24:1, 24:9
**office** [7] - 5:12, 6:5, 6:6, 6:10, 21:25, 24:12, 24:15
**Officer** [4] - 3:11, 24:9, 24:11, 25:2
**OFFICER** [1] - 25:3
**officer** [1] - 23:6
**one** [22] - 3:15, 6:14, 8:17, 9:18, 9:19, 9:20, 10:5, 10:10, 10:16, 13:2, 13:9, 13:21, 14:1, 14:2, 15:2, 15:5, 15:22, 19:9, 20:14, 20:21, 21:9, 24:11
**one-time** [1] - 10:16
**ones** [1] - 12:15
**open** [1] - 3:1
**operated** [1] - 14:14
**opportunity** [4] - 4:12, 4:24, 5:15, 16:11
**option** [1] - 3:24
**options** [2] - 14:21, 21:9
**orchestrate** [1] - 19:14
**order** [2] - 23:8, 24:10
**ordered** [3] - 22:25, 23:11, 23:15
**Ordered** [1] - 1:21
**originated** [2] - 8:23, 8:24
**otherwise** [1] - 21:21
**outstanding** [1] - 24:16
**overwhelmed** [2] - 12:7, 12:13
**overworked** [1] - 22:11
**owe** [1] - 23:23
**OWI** [1] - 20:15
**own** [3] - 5:16, 13:4, 20:3
**owners** [1] - 19:1
**ownership** [1] - 8:22

## P

**p.m** [2] - 1:18, 26:12
**Packers** [1] - 9:16
**page** [1] - 6:6
**PAGE** [1] - 2:2
**paid** [4] - 18:22, 23:13, 23:18, 23:19
**paint** [1] - 20:12
**PAMurrayReporting@gmail.com** [1] - 1:25
**paper** [1] - 6:23
**paperwork** [1] - 19:13
**paragraph** [4] - 5:10, 6:6, 9:20
**paragraphs** [1] - 23:10
**parole** [1] - 3:21
**part** [3] - 9:3, 10:1, 10:21
**participants** [1] - 18:3
**participate** [1] - 19:3
**participated** [2] - 9:10, 19:20
**participating** [2] - 3:10, 18:20
**participation** [2] - 18:1, 18:7
**particular** [4] - 8:12, 8:18, 11:9, 22:8
**parties** [3] - 15:25, 27:7, 27:8
**Patrice** [5] - 1:19, 1:23, 27:2, 27:11, 27:12
**pay** [3] - 23:11, 23:15, 23:24
**payable** [1] - 23:17
**paying** [1] - 21:3
**payment** [2] - 23:19, 24:2
**payments** [1] - 23:20
**pen** [1] - 15:8
**people** [17] - 9:15, 10:8, 10:9, 10:12, 10:13, 12:11, 17:15, 18:4, 18:11, 18:13, 19:2, 19:6, 19:7, 19:9, 19:14, 20:16, 21:6
**people's** [2] - 17:17, 18:2
**perhaps** [1] - 18:8
**period** [8] - 9:24, 11:11, 11:17, 12:16, 17:21, 21:13, 21:17, 21:18
**periods** [1] - 11:12
**person** [4] - 14:1, 14:4, 17:15, 19:9
**personal** [2] - 14:10, 20:10
**personally** [4] - 3:7, 18:18, 18:23, 18:24
**pertinent** [1] - 7:1
**physical** [2] - 17:16, 17:19
**physically** [1] - 20:24
**picked** [1] - 15:8
**picture** [1] - 20:12
**pivotal** [3] - 15:3, 15:5, 15:7
**place** [4] - 3:23, 17:21, 27:3, 27:5
**Plaintiff** [1] - 1:4
**plan** [2] - 14:19, 23:19
**plea** [5] - 9:9, 24:18, 25:9, 25:12, 25:13
**pleadings** [1] - 7:1
**pled** [3] - 3:15, 3:16, 6:9
**PO** [2] - 1:24, 27:13
**pocketing** [1] - 18:25
**point** [1] - 10:10

**pointed** [1] - 9:13
**points** [1] - 6:15
**population** [1] - 14:20
**pork** [1] - 9:16
**portion** [2] - 23:23, 24:6
**posed** [1] - 20:16
**position** [3] - 6:23, 19:12, 19:13
**possess** [1] - 23:4
**possibility** [1] - 3:21
**preparation** [1] - 6:20
**present** [1] - 3:7
**presentence** [9] - 3:12, 4:13, 5:9, 6:1, 6:21, 8:16, 19:24, 20:6, 23:10
**pressure** [3] - 14:18, 14:20, 17:24
**pressured** [1] - 17:15
**pretty** [1] - 22:1
**previously** [1] - 10:11
**pride** [1] - 14:8
**prison** [2] - 3:21, 3:22
**PROBATION** [1] - 25:3
**Probation** [4] - 3:11, 22:10, 24:1, 24:8
**probation** [20] - 3:24, 3:25, 5:12, 6:5, 6:6, 6:10, 15:24, 16:4, 21:12, 21:25, 22:19, 22:22, 23:1, 23:6, 23:24, 24:10, 24:12, 24:15
**probationary** [1] - 21:17
**problem** [1] - 18:10
**proceedings** [3] - 3:1, 27:4, 27:5
**Proceedings** [1] - 26:12
**producer** [1] - 10:1
**producers** [2] - 9:16, 9:21
**product** [1] - 18:5
**profit** [4] - 14:10, 18:18, 18:25
**profiting** [1] - 18:23
**proud** [1] - 12:3
**provided** [1] - 12:8
**PSR** [3] - 9:20, 10:20, 10:23
**punishable** [1] - 3:20
**punishment** [1] - 21:19
**purpose** [1] - 16:2
**pursuant** [2] - 24:2, 24:18
**pursue** [1] - 24:1

**Q**

**quality** [2] - 10:22, 10:23
**questions** [5] - 5:13, 5:23, 5:25, 11:2, 26:1

**R**

**raise** [1] - 12:21
**range** [3] - 6:18, 6:19, 8:6
**Rapids** [5] - 1:10, 1:18, 1:24, 25:17, 27:13
**rather** [1] - 14:10
**reaction** [1] - 10:7
**read** [2] - 11:8, 19:23
**reading** [1] - 8:16
**real** [1] - 20:16
**reality** [1] - 21:22
**really** [1] - 20:13
**reason** [1] - 25:8
**reasons** [1] - 22:23
**received** [2] - 7:11, 7:12
**recognize** [2] - 11:3, 15:3
**recommendation** [1] - 11:24
**record** [3] - 5:6, 7:16, 27:5
**reduction** [1] - 6:10
**reflect** [1] - 23:15
**reflected** [2] - 20:10, 20:11
**regard** [1] - 11:9
**regarding** [1] - 6:23
**regret** [1] - 15:17
**related** [2] - 8:17, 27:6
**relative** [2] - 8:21, 27:7
**relatives** [1] - 16:21
**release** [1] - 3:23
**relevant** [1] - 6:25
**remaining** [1] - 24:20
**remains** [3] - 6:15, 24:6, 24:16
**remedy** [1] - 8:8
**report** [18] - 3:13, 4:13, 4:17, 4:24, 5:3, 5:7, 5:10, 5:16, 5:19, 5:23, 6:1, 6:22, 8:16, 19:24, 20:6, 23:10, 24:8, 24:14
**reported** [2] - 1:19, 27:3
**Reporter** [4] - 1:20, 1:23, 27:2, 27:12
**reporting** [2] - 19:19, 19:22
**represent** [2] - 12:3, 25:22
**represented** [3] - 3:5, 3:7, 10:11
**request** [2] - 11:15, 11:20
**requesting** [2] - 8:11, 11:3
**requirement** [1] - 24:7
**residence** [1] - 24:5
**resolve** [1] - 7:19
**resources** [1] - 22:16
**respect** [3] - 8:11, 9:18, 10:4
**responsibility** [1] - 6:11
**restraint** [1] - 11:5
**restraints** [1] - 8:9
**restriction** [1] - 22:16
**restrictions** [1] - 22:13
**result** [1] - 12:16
**retirement** [1] - 15:18
**revealed** [1] - 8:21
**review** [2] - 4:13, 4:24
**reviewed** [2] - 6:20, 6:22
**rights** [4] - 24:23, 25:7, 25:8, 25:11
**RMR** [2] - 1:23, 27:12
**role** [1] - 10:19
**Ryan** [1] - 13:23

**S**

**S.E** [2] - 1:10, 1:18
**sample** [1] - 23:5
**schedule** [1] - 24:2
**scheme** [2] - 17:25, 18:1
**schemes** [3] - 19:3, 19:4
**school** [1] - 20:25
**score** [1] - 6:15
**sealed** [1] - 7:16
**second** [2] - 21:10, 24:13
**Section** [2] - 3:19, 17:6
**section** [2] - 6:8, 6:11
**see** [3] - 12:22, 22:5, 22:13
**seeing** [1] - 15:15
**seeking** [1] - 4:5
**self** [1] - 14:8
**self-pride** [1] - 14:8
**sense** [2] - 21:15, 21:20
**sentence** [16] - 3:22, 4:5, 7:20, 7:22, 8:1, 11:3, 11:12, 11:22, 16:4, 16:13, 17:3, 21:8, 21:10, 21:12, 25:20
**sentences** [1] - 11:10
**SENTENCING** [1] - 1:15
**sentencing** [8] - 3:4, 6:23, 9:13, 16:7, 16:25, 17:5, 22:6, 22:15
**sentiment** [1] - 14:3
**serious** [2] - 9:11, 17:23
**seriously** [1] - 20:17
**seriousness** [1] - 11:6
**serve** [2] - 16:2, 22:25
**served** [2] - 3:22, 15:23
**services** [2] - 4:9, 25:21
**set** [4] - 23:8, 23:9, 25:12, 27:9
**Seventh** [2] - 1:10, 1:17
**shares** [1] - 8:20
**Shooter** [2] - 14:14, 14:19
**Shooter's** [1] - 15:9
**Shorthand** [2] - 1:19, 27:2
**shorthand** [2] - 1:20, 27:4
**show** [1] - 10:20
**showing** [1] - 12:9
**shows** [2] - 19:25, 20:6
**side** [5] - 8:18, 8:25, 9:8, 9:25, 10:25
**signed** [1] - 25:9
**significance** [1] - 15:3
**silently** [5] - 15:13, 15:14, 19:18, 19:21
**simple** [5] - 12:4, 12:5, 13:10, 13:17, 14:24
**simply** [3] - 19:18, 19:20, 22:22
**sincere** [1] - 13:17
**single** [1] - 13:2
**six** [1] - 15:18
**small** [1] - 14:20
**smiles** [1] - 13:19
**society** [1] - 21:2
**solely** [1] - 17:12
**someone** [1] - 13:3
**sophisticated** [1] - 18:8
**sorry** [2] - 16:23, 16:24
**sort** [1] - 21:14
**sow** [4] - 8:18, 8:25, 9:7, 10:22
**sows** [1] - 10:21
**speaking** [1] - 4:20
**special** [4] - 4:2, 23:9, 23:12, 23:13
**spite** [1] - 14:8
**split** [2] - 11:12, 11:22
**spread** [1] - 9:7
**St** [1] - 1:13
**stand** [1] - 11:24
**standard** [1] - 23:7
**standing** [1] - 19:21
**stands** [1] - 20:4
**start** [1] - 8:14
**started** [1] - 17:11
**State** [1] - 27:2
**state** [1] - 23:3
**STATES** [2] - 1:1, 1:3
**States** [17] - 1:11, 3:3, 3:5, 3:6, 3:11, 3:18, 3:19, 4:12, 7:23, 17:6, 23:11, 23:21, 23:25, 24:3, 24:8, 24:19, 24:25
**stations** [1] - 9:24
**statute** [1] - 3:20
**Steven** [1] - 14:11
**still** [1] - 23:23
**Stockyards** [1] - 9:17
**stole** [1] - 9:14
**stood** [2] - 19:6, 19:18
**straight** [1] - 22:19
**struck** [1] - 13:2
**submitted** [3] - 13:13, 19:25, 20:12
**subsection** [1] - 21:16
**substance** [1] - 23:4
**substituted** [1] - 11:4
**sufficient** [3] - 5:19, 16:6, 17:3
**Suite** [1] - 1:12
**superseding** [2] - 3:16, 24:17
**supervised** [1] - 3:23
**supervision** [2] - 23:8, 23:25
**support** [4] - 12:7, 18:14, 20:11, 21:5
**suppose** [1] - 21:18

**surprised** [1] - 10:14
**surrendered** [1] - 25:10
**suspect** [3] - 15:1, 15:4, 15:7
**system** [1] - 9:17
**systematically** [1] - 18:11

## T

**talk** [2] - 23:20, 25:6
**taxes** [1] - 21:4
**tears** [1] - 13:11
**telephone** [1] - 3:11
**tell** [2] - 10:5, 16:11
**tend** [1] - 10:19
**term** [12] - 3:23, 3:25, 16:1, 21:17, 22:14, 22:18, 22:22, 22:25, 23:24, 24:10, 24:15
**terms** [1] - 25:13
**thankful** [1] - 20:20
**THE** [42] - 1:1, 1:1, 1:16, 3:2, 3:10, 4:8, 4:11, 4:15, 4:19, 4:22, 5:1, 5:5, 5:14, 5:17, 5:18, 5:21, 5:22, 5:24, 5:25, 6:2, 6:3, 7:4, 7:6, 7:9, 7:11, 7:13, 7:18, 11:8, 11:25, 16:9, 16:19, 17:2, 24:21, 25:2, 25:4, 25:6, 25:25, 26:1, 26:3, 26:4, 26:8, 26:10
**threat** [1] - 17:23
**threatened** [1] - 17:22
**threats** [6] - 14:17, 17:16, 17:17, 17:18
**three** [1] - 21:9
**Tim** [1] - 3:6
**timing** [1] - 20:19
**TIMOTHY** [1] - 1:10
**Title** [2] - 3:18, 17:5
**today** [6] - 4:20, 5:25, 12:6, 12:9, 17:7, 26:2
**today's** [2] - 6:20, 7:1
**together** [1] - 23:9
**topic** [1] - 7:24
**total** [2] - 6:12, 6:16
**town** [2] - 14:20, 22:3
**training** [1] - 13:16
**transcribed** [1] - 27:4
**Transcript** [2] - 1:21, 1:21
**transcript** [1] - 27:5
**traveled** [2] - 12:11, 13:8
**travelling** [1] - 22:3
**true** [1] - 27:5
**truly** [1] - 16:23
**trying** [2] - 18:14, 18:15
**turn** [1] - 6:3
**turning** [1] - 17:8
**two** [1] - 14:13
**type** [1] - 17:18

## U

**U.S** [2] - 1:10, 22:10
**ultimate** [1] - 7:20
**ultimately** [1] - 9:7
**uncovered** [2] - 9:4, 9:6
**undecorated** [1] - 13:15
**under** [9] - 6:8, 6:11, 8:8, 8:25, 17:24, 21:9, 21:16, 25:11, 25:13
**undermines** [1] - 9:15
**understaffed** [1] - 22:11
**understatement** [1] - 12:25
**understood** [1] - 11:21
**unique** [1] - 19:12
**UNITED** [2] - 1:1, 1:3
**United** [17] - 1:11, 3:3, 3:5, 3:6, 3:11, 3:18, 4:12, 7:23, 17:6, 23:11, 23:21, 23:25, 24:3, 24:8, 24:19, 24:25
**unlawfully** [1] - 23:4
**unless** [1] - 11:2
**unlike** [1] - 14:5
**unlikely** [1] - 22:17
**unnecessary** [1] - 22:16
**unpaid** [1] - 24:6
**unpleasant** [1] - 17:14
**unusual** [1] - 13:7
**up** [9] - 3:20, 3:24, 4:1, 7:15, 12:9, 15:8, 19:6, 25:10, 25:19
**USDA** [2] - 9:1, 9:22
**use** [1] - 23:4
**using** [1] - 1:20

## V

**vacations** [1] - 22:3
**value** [1] - 10:23
**VanderMolen** [2] - 3:12, 25:2
**variance** [1] - 11:23
**various** [1] - 18:5
**vary** [2] - 11:16, 22:21
**varying** [1] - 11:19
**vast** [1] - 19:4
**vastly** [1] - 20:1
**Vavricek** [14] - 3:6, 4:4, 4:11, 6:25, 7:15, 7:21, 8:2, 11:8, 14:16, 17:9, 21:15, 24:16, 24:24, 26:8
**VAVRICEK** [12] - 1:10, 4:7, 4:14, 4:18, 7:3, 7:10, 7:17, 8:3, 11:21, 24:18, 25:1, 26:9
**vengeance** [1] - 14:7
**versus** [1] - 3:3
**violate** [1] - 22:12
**violation** [1] - 3:18
**violence** [1] - 14:17
**vivid** [1] - 20:12
**volition** [1] - 20:3
**vouch** [1] - 13:6
**VS** [1] - 1:5

## W

**waived** [1] - 24:7
**walked** [1] - 14:11
**want** [2] - 12:21, 16:20
**wanted** [1] - 16:22
**warranted** [1] - 16:2
**waste** [1] - 22:15
**Waucoma** [4] - 12:12, 13:8, 14:2, 14:20
**ways** [2] - 18:5
**week** [2] - 18:12
**weeks** [1] - 15:18
**WHEREOF** [1] - 27:9
**Wickham** [1] - 9:1
**Wickham's** [1] - 9:13
**wide** [1] - 8:7
**widespread** [1] - 8:23
**wife** [1] - 16:21
**WILLIAMS** [1] - 1:16
**Williams** [1] - 27:3
**wishes** [2] - 7:25, 15:10
**witness** [1] - 14:2
**WITNESS** [1] - 27:9
**woman** [1] - 20:8
**work** [4] - 16:23, 21:5, 21:24, 22:2
**workers** [3] - 12:25, 13:9, 16:21
**working** [6] - 14:12, 17:20, 18:14, 20:7, 20:25, 21:3
**workplace** [1] - 19:5
**works** [1] - 20:5
**world** [1] - 13:16
**writing** [1] - 12:8
**written** [3] - 13:22, 25:15, 25:18

## Y

**year** [3] - 10:18, 18:13
**years** [4] - 3:21, 3:24, 4:1, 8:24

## Z

**zone** [4] - 8:7, 11:9, 11:22, 21:9

***Contact Patrice Murray at PAMurrayReporting@gmail.com for a complete copy of the transcript.***